
# ☐ORIGINAL

manhangchoind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 23 2008

JEANNE G. QUINATA
Clerk of Court

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. **08-00005** |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **POSSESSION OF A FIREARM BY A PROHIBITED PERSON** |
| MANHANG CHO, ) | [18 U.S.C. §§ 922(g)(5)(B); 924(a)(2) & 2] |
| Defendant. ) | |

THE GRAND JURY CHARGES THAT:

### COUNT I - POSSESSION OF A FIREARM BY A PROHIBITED PERSON

On or about January12, 2008, in the District of Guam and elsewhere, MANHANG CHO,

the defendant herein, having been an alien admitted to the United States under a E2 non-

immigrant visa, did knowingly possess and receive, a firearm, that is a Smith & Wesson sub

nose, .38 caliber revolver, Serial Number D841536, Model 64, which had been shipped and

//

//

//

1 transported in interstate or foreign commerce, in violation of Title 18, United States Code,

2 Sections 922(g)(5)(B), 924(a)(2) and 2.

3    DATED this 23rd day of January, 2008.

4                                    A TRUE BILL.

REDACTED

9 LEONARDO M. RAPADAS
  United States Attorney
10 Districts of Guam and NMI

12 By: _____
13    ROSETTA L. SAN NICOLAS
      Assistant U.S. Attorney

15 Reviewed:

17 By: _____
18    JEFFREY J. STRAND
      First Assistant U.S. Attorney

-ii-

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number _____

Same Defendant _____     New Defendant ____x_____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes _____ No __X___     Matter to be sealed: _____ Yes __x___ No**

Defendant Name     __Manhang Cho_____

Alias Name         _____

Address            _____

                   __Mangilao, Guam_____

Birthdate _Xx/xx/1955_  SS# _xxx-xx-___  Sex _M___  Race _A___  Nationality_Korean____

**U.S. Attorney Information:**

AUSA ___Rosetta L. San Nicolas_____

**Interpreter:** _____ No ___Yes     List language and/or dialect: _____

```
RECEIVED
JAN 23 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM
```

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts: ___1____**     _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set | 1 18 USC 922(g)(5)(B) | Possession of a Firearm by a Prohibited person | 1 |
| Set | 2 _____ | _____ | _____ |
| Set | 3 _____ | _____ | _____ |
| Set | 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: __1/23/08_____     Signature of AUSA: _____