LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 08-00005 |
| Plaintiff, | |
| vs. | **ORDER SEALING RECORD** |
| MANHANG CHO, | |
| Defendant. | |

Through an application to seal the record having come before this Honorable Court and the Court finding good cause for the issuance of the order,

IT IS SO ORDERED that the record herein be sealed *nunc pro tunc* to January 23, 2008.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Jan 24, 2008**