

manhangchouns

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JAN 25 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00005 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION TO** |
| MANHANG CHO, | ) **UNSEAL RECORD** |
| Defendant. | ) |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that the defendant has been arrested and the investigation in this matter is now complete.

Respectfully submitted this 25th day of January 2008.

                                      LEONARDO M. RAPADAS
                                      United States Attorney
                                      Districts of Guam and NMI

By:    /s/ Rosetta L. San Nicolas
       ROSETTA L. SAN NICOLAS
       Assistant U.S. Attorney