RECEIVED
JAN 24 2008
US MARSHALS SERVICE-GUAM

≈AO 442 (Rev. 06/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

MANHANG CHO

**WARRANT FOR ARREST**

Case Number: CR-08-00005-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MANHANG CHO _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release Violation Petition   ☐ Probation Violation Petition   ☐ Supervised Release Violation   ☐ Violation Notice

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2008
JEANNE G. QUINATA
Clerk of Court

charging him or her with  (brief description of offense)

Possession of a Firearm by a Prohibited Person, 8 U.S.C. §§ 922(g)(5)(B); 924(a)(2) & 2

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | *Marilyn B. Alcon* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 01/23/2008    Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

TALOFOFO FALLS

| DATE RECEIVED 1/24/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/24/08 | S/A HOANG M. NGUYEN | *Hoang N.* |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __MANHANG CHO__

ALIAS: ____

LAST KNOWN RESIDENCE: ____

LAST KNOWN EMPLOYMENT: ____

PLACE OF BIRTH: ____

DATE OF BIRTH: ____

SOCIAL SECURITY NUMBER: ____

HEIGHT: ____    WEIGHT: ____

SEX: ____    RACE: ____

HAIR: ____    EYES: ____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ____

FBI NUMBER: ____

COMPLETE DESCRIPTION OF AUTO: ____

INVESTIGATIVE AGENCY AND ADDRESS: ____