# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00005					DATE: January 25, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori			Court Recorder: Francine A. Diaz
Courtroom Deputy: Francine A. Diaz		Electronically Recorded: 2:02:06 - 2:16:44
CSO: J. McDonald

**APPEARANCES:**

Defendant: Manhang Cho					Attorney: Samuel Teker
☑ Present ☑ Custody ☐ Bond ☐ P.R.			☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Rosetta San Nicolas			U.S. Agent: Hoang Nguyen, ATF
U.S. Probation: Carleen Borja				U.S. Marshal: T. Muna
Interpreter: Sung W. Yoon				Language: Korean

**PROCEEDINGS: Initial Appearance and Arraignment**
- Samuel Teker appeared as retained counsel on behalf of the Defendant.
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty
- Trial set for: March 25, 2008 at 9:30 AM
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: Mr. Jin Oh Kim, Defendant's employer, appeared as a potential third party custodian and was questioned by the court. Mr. Kim was deemed unsuitable as a third party custodian because of his unwillingness to have the Defendant live at his residence.