# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-08-00005          DATE: March 03, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 9:36:24 - 10:04:39 |
| CSO: B. Pereda | |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Manhang Cho | Attorney: Samuel Teker |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Rosetta San Nicolas | U.S. Agent: |
| U.S. Probation: Carleen Borja | U.S. Marshal: V. Roman |
| Interpreter: Sung W. Yoon | Language: Korean |

**PROCEEDINGS:** Change of Plea
- Defendant consented to a Rule 11 Plea in a Felony Case before a U.S. Magistrate Judge.
- Defendant sworn and examined.
- Plea: Accepted.
- Report and Recommendation executed by the Court.
- Sentencing set for: April 11, 2008 at 10:30 a.m.
- Draft Presentence Report due to the parties: March 24, 2008
- Response to Presentence Report: March 31, 2008
- Final Presentence Report due to the Court: April 4, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: