✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT     **GUAM**

**UNITED STATES OF AMERICA**

V.

**MANHANG CHO**

# NOTICE

CASE NUMBER:    **CR-08-00005-001**

TYPE OF CASE:

☐ **CIVIL**     **X CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>April 24, 2008 at 9:30 A.M. | CONTINUED TO DATE AND TIME<br><br>April 25, 2008 at 10:30 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 9, 2008            Virginia T. Kilgore
DATE                                                      /s/ (BY) DEPUTY CLERK

TO:     U.S. Attorney's Office
         Samuel S. Teker, Esq.
         U.S. Probation Office
         U.S. Marshals Service