# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-08-00005-001            DATE: April 25, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 2:24:01 - 2:35:40

**APPEARANCES:**

Defendant: Manhang Cho      Attorney: Samuel S. Teker
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter: Sung W. Yoon      Language: Korean

**PROCEEDINGS: Sentencing**
- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 79 days)</u>
- Upon release, defendant is placed on supervised release for a term of <u>2 years</u>.
- Fine waived.
- Special assessment fee of $100.00 shall be paid immediately after sentencing.
- Defendant advised of appeal rights.
- Defendant remanded to the U.S. Marshals Service.

NOTES: